UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CIMONTUBO - TUBAGENS E SOLDADURA, LDA,

                Plaintiff,

-against-

PETROLEOS DE VENEZUELA, S.A. and PDVSA PETROLEO, S.A.,

                Defendants.

------------------------------------x

ORDER

20 Civ. 5382 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 2 1 2020

GEORGE B. DANIELS, United States District Judge:

Response to Plaintiff's pending motion in the form of an opposition or cross-motion is due by August 20, 2020. Plaintiff's response or reply to Defendants' filing is due by September 10, 2020. Any reply by Defendants to be filed by September 25, 2020.

Dated: New York, New York
       July 21, 2020

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge