UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

CIMONTUBO – TUBAGENS E SOLDADURA, LDA,

         Plaintiff,

 -against-

PETROLEOS DE VENEZUELA, S.A. et al.,

         Defendants.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 01 2020

ORDER

20 Civ. 5382 (GBD)

GEORGE B. DANIELS, District Judge:

 This Court will hear oral argument on Plaintiff's motion for summary judgment, (ECF No. 1), and Defendants' cross motion, (ECF No. 13), on December 1, 2020 at 10:30 a.m.

Dated: October 2, 2020
   New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE