# WILK AUSLANDER

Wilk Auslander LLP
1515 Broadway
New York, NY 10036

T 212 981 2300
F 212 752 6380
wilkauslander.com

Stuart M. Riback
Partner
(212) 981-2326
sriback@wilkauslander.com

December 2, 2020

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *Cimontubo Tubagens e Soldadura, Lda. v. Petroleos de Venezuela, S.A. and PDVSA Petroleo, S.A.*, 20 Civ. 5382 (GBD) – Response to the Court's request for information about any attempted payments under the Note

Dear Judge Daniels:

This firm represents the plaintiff Cimontubo Tubagens e Soldadura, Lda. ("Cimontubo"). I write to follow up on Your Honor's direction at yesterday's oral argument regarding evidence in Cimontubo's possession as to (1) whether PDVSA attempted after January 18, 2018 to make any payment to Cimontubo pursuant to the Note at issue in this case, and (2) whether any such attempt to make a payment was blocked or rejected.

We have consulted with our client and Cimontubo advises that they possess no documents showing any such attempted payments and know of no such documents in the hands of others.

Thank you for the Court's consideration.

Very truly yours,

Stuart M. Riback

Cc:   Counsel via ECF