# WILK AUSLANDER

Wilk Auslander LLP
825 8th Avenue
New York, NY 10019

T 212-981-2300
F 212-752-6380
wilkauslander.com

Stuart M. Riback
Partner
(212) 981-2326
sriback@wilkauslander.com

April 9, 2021

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States District Court
 Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

      **Re:**    *Cimontubo – Tubagens e Soldadura Lda. v. Petroleos de Venezuela, S.A.* et ano., 20 Civ. 5382 (GBD) (GWG)

Dear Judge Gorenstein:

      This firm represents the plaintiff Cimontubo – Tubagens e Soldadura Lda. ("Cimontubo") in the referenced action. I write in response to Your Honor's request for calculation of the daily amount of pre-judgment interest Cimontubo is claiming following Judge Daniel's March 4, 2021 Memorandum Decision and Order granting Cimontubo summary judgment.

      For the Court's convenience I am annexing a copy of the calculation table that was submitted as Exhibit 1 to my declaration that accompanied Cimontubo's April 2, 2021 submission (Dkt. 48). To ensure accuracy, we performed the calculation two ways: (1) for each line, we divided column 6 (interest from due date to April 2, 2021) by column 5, and then added the sum of each line's results; and (2) we added up the numbers in column 4 (total due at due date), then multiplied by 8.5% and divided by 365. Both calculations yielded the same number: $9,072.21.

      That number should be the same for both pre-judgment and post-judgment interest. As we explained in our Memorandum filed last week (Dkt. 49), under § 4.02(a) of the Note Agreement, when the 8.5% rate applies, it applies both after and before judgment.

      Thank you for the Court's attention to this matter.

                                                 Very truly yours,

                                                 /s/ Stuart Riback
                                                 Stuart M. Riback

# EXHIBIT 1

*Cimontubo v. PDVSA*:

Amount due on Note through 4/2/2019

| Due date of payment | Principal due | Interest on due date* | Total due at due date | Days from due date to 4/2/2021 | Interest at 8.5% from due date to 4/2/2021 | Total due at 4/2/2021 |
|---|---|---|---|---|---|---|
| 12/22/17 | | | | | | |
| 03/22/18 | $4,465,078.93 | $572,508.75 | $5,037,587.68 | 1,107 | $1,298,662.50 | $6,336,250.18 |
| 06/22/18 | $4,465,078.93 | $669,639.51 | $5,134,718.44 | 1,015 | $1,213,692.69 | $6,348,411.13 |
| 09/22/18 | $4,465,078.93 | $573,976.73 | $5,039,055.66 | 923 | $1,083,120.85 | $6,122,176.51 |
| 12/22/18 | $4,465,078.93 | $473,114.86 | $4,938,193.79 | 832 | $956,791.96 | $5,894,985.75 |
| 03/22/19 | $4,465,078.93 | $374,332.65 | $4,839,411.58 | 742 | $836,223.80 | $5,675,635.38 |
| 06/22/19 | $4,465,078.93 | $286,988.36 | $4,752,067.29 | 650 | $719,319.78 | $5,471,387.07 |
| 09/22/19 | $4,465,078.93 | $191,325.57 | $4,656,404.50 | 558 | $605,077.44 | $5,261,481.94 |
| 11/13/19† | $4,465,078.93 | $94,622.97 | $4,559,701.90 | 506 | $537,295.28 | $5,096,997.18 |
| | | | | | | |
| **Total Due** | | | | | | $46,207,325.15 |
| | | | | | | |

\*    Per § 2.04(a) of the Note Agreement, upon any nonpayment of principal or interest, all outstanding amounts are subject to an 8.5% interest rate. Therefore, the interest shown is at 6.5% for the 3/22/2018 payment (as reflected in Exhibit A to the Note), and thereafter, the interest amount for all payments is calculated at 8.5%. The amount was calculated by multiplying the amount shown in Exhibit A by 8.5/6.5.

†    This is the accelerated due date upon default.

01184439.1