```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CIMONTUBO-TUBAGENS E SOLDADURA, LDA,

                Plaintiff,

-against-

PETROLEOS DE VENEZUELA, S.A. and
PDVSA PETROLEO, S.A.,
                Defendants.
---------------------------------------------------------------X

20 CIVIL 5382 (GBD)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 29, 2021, Magistrate Judge Gorenstein's Report is ADOPTED in its entirety, except an additional $56,692.13 in attorney's fees is entered for the Plaintiff. Thus, final judgment is entered ordering Defendant to pay Plaintiff: (1) $45,424,081.20, plus an amount representing pre-judgment interest to be calculated by the Clerk at the rate of $8,919.02 per day starting on April 3, 2021, through the date judgment is entered, in the amount of $2,149,483.82; (2) $176,510.13 in attorney's fees; (3) $4,715.35 in costs. Post-judgment interest should accrue at the rate of $8,919.02 per day.

**Dated:** New York, New York
        November 30, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                BY:
                                                    **Deputy Clerk**